UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

GARY DALE BARGER,
aka GARY FRANCIS FISHER,

    Plaintiff,

  v.

TRUST OFFICE, et al.,

    Defendants.

Case No. 15-cv-01626-WHO (PR)

**ORDER OF DISMISSAL**

Dkt. Nos. 2, 11, 18 and 19

Plaintiff Gary Dale Barger has failed to comply with the Court's order to (1) file a complete application to proceed *in forma pauperis* ("IFP"), or (2) pay the full filing fee of $400.00. His IFP application lacks two necessary documents: a Certificate of Funds completed and signed by an authorized prison officer, and a prison trust account statement showing transactions for the last six months. Accordingly, this federal civil rights action is DISMISSED without prejudice for failing to respond to the Court's order, and for failure to prosecute, *see* Fed. R. Civ. P. 41(b). Because this dismissal is without prejudice, Barger may move to reopen the action. Any such motion **must** contain a complete IFP application, which includes the two documents mentioned above, **or** full payment for the $400.00 filing fee.

Barger's IFP application (Docket No. 19) is DENIED as insufficient. His motion to stay (Docket No. 2), request for the intervention of U.S. Marshals (Docket No. 11), and his motion to be heard "on Three Strikes and IFPs" (Docket No. 18) are DENIED as moot. The Clerk shall terminate Docket Nos. 2, 11, 18 and 19, enter judgment in favor of defendants, and close the file.

**IT IS SO ORDERED.**

**Dated:** May 27, 2015

_____
WILLIAM H. ORRICK
United States District Judge